■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS OSARIO, Appellant. [773 NYS2d 700]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered November 2, 2001. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.